Scottish Union and National Insurance Company, a corporation of the State of Connecticut, Appellant, v. May I. Roesch, joined by her husband, Alex C. Roesch, Appellees.

Filed January 25, 1916:

Appeal from Circuit Court, Manatee County; F. A. Whitney, Judge.

Decrees affirmed.

*P. O. Knight* and *C. T. Curry,* for Appellant;

*Singeltary & Reaves,* for Appellee.

---

C. D. Boring, Appellant, v. James E. Hendry, Jr., Appellee.

Filed January 25, 1916.

Appeal from Circuit Court, Lee County; F. A. Whitney, Judge.

Decree affirmed.

*Treadwell & Treadwell,* for Appellant;

*Dozier A. DeVane,* for Appellee.